

# Fourth Court of Appeals
## San Antonio, Texas

May 4, 2017

No. 04-17-00139-CR

Demond **FRANKLIN,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR6149A
Honorable Melisa Skinner, Judge Presiding

# O R D E R

The reporter's record in this appeal was originally due April 11, 2017. We have received portions of the record from reporters Debra Jimenez, Angeliz Rivera, and Maria E. Fattahi. We have not received the portions of the reporter's record taken by Mary Beth Simpkins, Erminia Uviedo, and Carol Castillo. We issued notification letters to Ms. Simpkins and Uviedo advising them that if a response to the letter was not filed, their portions of the record would be due May 17, 2017. Neither reporter responded to our notification letter. Accordingly, their portions of the record are due in this court on May 17, 2017. We did not send a notification letter to reporter Carol Castillo because she was not listed in the docketing statement as a reporter in this matter. On May 3, 2017, Ms. Castillo filed a notification of late record in this court advising that she had just learned the record had been requested. Ms. Castillo requested an extension of time to May 30, 2017, to file her portion of the record. After review, we GRANT Ms. Castillo's request for an extension of time and ORDER her to file her portion of the record in this court on or before May 30, 2017.

We order the clerk of this court to serve this order on all counsel and reporters Mary Beth Simpkins, Erminia Uviedo, and Carol Castillo.

_____
Marialyn Barnard, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of May, 2017.

_____
Keith E. Hottle
Clerk of Court